NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS LESHER,                    )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D20-989
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____   )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Declan P. Mansfield,
Judge.

Thomas Lesher, pro se.

PER CURIAM.

        Affirmed.  See Long v. State, 529 So. 2d 286 (Fla. 1988); Clough v. State,

136 So. 3d 680 (Fla. 2d DCA 2014); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA

2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965

So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA

2004); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.

2d 1004 (Fla. 3d DCA 2008); Labadie v. State, 840 So. 2d 332 (Fla. 5th DCA 2003);

Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.